**TA LEGAL GROUP PLLC**
WWW.TALEGALGROUP.COM

**TAIMUR ALAMGIR, ESQ.**
DIRECT: (914) 552-2669
EMAIL: tim@talegalgroup,com

**TA LEGAL GROUP PLLC**
315 MAIN STREET, SECOND FLOOR
HUNTINGTON, NY !1743

April 8, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Court
500 Pearl Street
New York, NY 10007

*Plaintiff is directed to file a further update by April 11, 2025.*
**SO ORDERED.**

Date:  April 9, 2025
       New York, New York

*[signature]*
**JENNIFER L. ROCHON**
United States District Judge

Re:  *Dong v. City University of New York, et al.*, S.D.N.Y. No. 25-CV-1332 (JLR)

Your Honor:

    My firm represents Plaintiff in the above-captioned action. I write in further response to Defendants' letter application dated March 26, 2025 (ECF No. 7).

    Further to my prior correspondence regarding this issue, I received an update from the process server today and determined that there was an error whereby the Summons was not served with the Complaint and Exhibit A thereto (the May 9, 2024 Notice of Claim). In view of this information, I contacted opposing counsel today to determine if they can accept service on behalf of their clients to avoid the expense of re-effectuating service to cure this defect, but have not received a response. I respectfully request that the Court permit the parties until April 11, 2025 to provide a further update regarding this issue.

    I thank the Court for considering this matter.

                      Respectfully Submitted,
                      **TA LEGAL GROUP PLLC**

By:  _____
      Taimur Alamgir