**TA** LEGAL GROUP PLLC

WWW.TALEGALGROUP.COM

**TAIMUR ALAMGIR, ESQ.**
DIRECT: (914) 552-2669
EMAIL:  tim@talegalgroup,com

**TA LEGAL GROUP PLLC**
315 MAIN STREET, SECOND FLOOR
HUNTINGTON, NY !1743

April 14, 2025

<u>**VIA ECF**</u>
Hon. Jennifer L. Rochon
United States District Court
500 Pearl Street
New York, NY 10007

**Re:  *Dong v. City University of New York, et al..*, S.D.N.Y. No. 25-CV-1332 (JLR)**

Your Honor:

My firm represents Plaintiff in the above-captioned action.

I apologize for the lateness of this update regarding service and respectfully request that the Court accept this belated submission, which was due on April 11, 2025. The delay resulted from some technical issues my firm experienced over the weekend (I informed opposing counsel of the delay).

Moreover, opposing counsel advised that the Attorney's General is not authorized to accept service of the Summons and Complaint on CUNY's behalf, and provided the contact information for an attorney at CUNY who may be authorized to accept service. My office has reached out to, but has not received a response from this attorney as yet. Accordingly, so as to permit sufficient time to resolve this issue without needless expense if possible, I respectfully request that the Court permit Plaintiff until April 21, 2025 to provide a further update regarding service.

I thank the Court for considering this request.

Respectfully Submitted,
**TA LEGAL GROUP PLLC**

By:  _____
Taimur Alamgir

1