

WWW.TALEGALGROUP.COM

**TAIMUR ALAMGIR, ESQ.**
DIRECT: (914) 552-2669
EMAIL:  tim@talegalgroup,com

**TA LEGAL GROUP PLLC**
205 EAST MAIN STREET, SUITE 3-2
HUNTINGTON, NY !1743

April 21, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Court
500 Pearl Street
New York, NY 10007

Re:  *Dong v. City University of New York, et al.,* S.D.N.Y. Case No. 25-CV-1332 (JLR)

Your Honor:

My firm represents Plaintiff in this matter. I write to provide a further update on the status of service.

Following our April 14, 2025 status update, Christopher V. Coulston, Esq., University Executive Counsel at CUNY informed us that he is authorized to accept service of the Summons and Complaint on behalf of all entity Defendants. In accordance with Mr. Coulston's directives on serving the listed entity Defendants in the manner required under CUNY policy, we personally served copies of the Summons and Complaint at CUNY's 42nd Street offices on April 14, 2025. We will submit an affidavit of service in that regard, no later than tomorrow.

Additionally, Mr. Coulston advised that Defendant Elliott Goodman, M.D. is no longer employed by CUNY, which necessitates separate service. We are currently in the process of effectuating service on Dr. Goodman.

Thank you for considering this submission.

Respectfully Submitted,
**TA LEGAL GROUP PLLC**

By: _____
Taimur Alamgir