UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZHENG DONG,<br><br>        Plaintiff,<br><br>   -against-<br><br>CITY UNIVERSITY OF NEW YORK, BOARD OF TRUSTEES OF CUNY, CITY COLLEGE OF NEW YORK, CUNY SCHOOL OF MEDICINE, and ELLIOT R. GOODMAN,<br><br>        Defendants. | 1:25-cv-01332 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

   The Complaint in this case was filed with the Court on February 13, 2025. Dkt. 1. Pursuant to Federal Rule of Civil Procedure 4(m), the 90-day deadline for Plaintiff Zheng Dong to serve the Summons and Complaint expired on May 14, 2025. The docket did not reflect that the Summons was ever properly served on any Defendant. In an order dated May 20, 2025, the Court directed Plaintiff to inform the Court by May 27, 2025, either (1) why he had not served Defendants or (2) if he believed he had served Defendants, when and in what manner such service was made. Dkt. 18. Plaintiff timely filed a response to the Order to Show Cause along with an affidavit of service on Defendants City University of New York, Board of Trustees of CUNY, City College of New York, and CUNY School of Medicine (the "CUNY Defendants"). *See* Dkts 20, 21. The affidavit of service shows that the CUNY Defendants were timely served on April 14, 2025. Dkt. 20. Plaintiff separately filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to Defendant Elliot R. Goodman. Dkt. 19. The Court will dismiss Defendant Elliot R. Goodman by separate order. The Court finds that

Plaintiff has complied with the Order to Show Cause and shown that he timely served the CUNY Defendants.

Dated: May 28, 2025
       New York, New York

                                           SO ORDERED

                                           *Jennifer Rochon*
                                           JENNIFER L. ROCHON
                                           United States District Judge