**TA LEGAL GROUP PLLC**
WWW.TALEGALGROUP.COM

**TAIMUR ALAMGIR, ESQ.**
DIRECT: (914) 552-2669
EMAIL: tim@talegalgroup.com

TA LEGAL GROUP PLLC
205 EAST MAIN ST., SUITE 3-2
HUNTINGTON, NY 11743

July 7, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Court
500 Pearl Street
New York, NY 10007

    Re:  *Dong v. City University of New York et al.*, S.D.N.Y. No. 25-CV-1332 (JLR)

Your Honor:

    My firm represents Plaintiff in this matter. On behalf of both parties, I write to respectfully request that the Court adjourn the forthcoming July 22, 2025 initial conference and oral argument on Defendants' motion to dismiss the Complaint, and the deadline to submit pre-initial conference filings required by the Court. This is the second request for adjournment of the aforesaid date and deadline; the first was granted. No additional dates or deadlines will be impacted if this joint request is granted.

    Plaintiff intends to file an Amended Complaint as of right, on or before July 14, 2025. Defendants will respond to the forthcoming Amended Complaint thereafter. Such response to the Amended Complaint will supersede the motion to dismiss the original Complaint.

    The parties believe that it would be appropriate to postpone the initial conference until a date convenient for the Court after any motion to dismiss filed by the Defendants is decided or the Defendants file an Answer to the Amended Complaint.

    We thank the Court for considering this joint application.

                               Respectfully Submitted,
                               **TA LEGAL GROUP PLLC**

                By: _____
                          Taimur Alamgir

The request is GRANTED. The initial pretrial conference is adjourned *sine die*.

Date:  July 7, 2025
        New York, New York

SO ORDERED

*(signature)*
JENNIFER L. ROCHON
United States District Judge