**T A** LEGAL GROUP PLLC

WWW.TALEGALGROUP.COM

**TAIMUR ALAMGIR, ESQ.**
DIRECT: (914) 552-2669
EMAIL: tim@talegalgroup.com

**TA LEGAL GROUP PLLC**
205 EAST MAIN ST., SUITE 3-2
HUNTINGTON, NY 11743

November 30, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
500 Pearl Street
New York, NY 10007

**Re:** *Dong v. City University of New York et al.,* **S.D.N.Y. No. 25-CV-1332 (JLR)**

Your Honor:

My firm represents Plaintiff in this matter. I write to inform the Court that we anticipate an update from our process server in the near future on whether service of the First Amended Complaint ("FAC") as to individual Defendants Carmen Renee Greene and Elliot R. Goodman has been accomplished. The server had advised of numerous attempts to effectuate service of the FAC, and recently advised us that they intend to make additional attempts on the basis on new information regarding the whereabouts of individual Defendants. Due to the holidays this past week, it was not possible to communicate with the server and obtain an update.

In view of the circumstances, Plaintiff respectfully requests that the deadlines for service of the FAC and for Plaintiff to respond to Defendants' motion to dismiss the FAC (both of which are December 1, 2025 under Fed. R. Civ. P. 6(a)(1)(C)) be extended through December 15, 2025. This is the second request for extension of the service deadline and the third request for extension of time to respond to the motion to dismiss.

We thank Your Honor for considering this application.

Respectfully Submitted,
**TA LEGAL GROUP PLLC**

By: _____
Taimur Alamgir

Request GRANTED. Given that Plaintiff asserts that his process server has made multiple attempts to serve the FAC, and that he has new information that can enable such service, the Court will grant a short fourteen-day extension to serve. The Court has the "discretion to grant extensions, even in the absence of good cause." *Zapata v. City of New York*, 502 F.3d 192, 196 (2d Cir. 2007). Therefore, Plaintiff's deadlines to serve the FAC and respond to Defendants' motion to dismiss are extended to **December 15, 2025.** The Court reminds Plaintiff that he must confer with opposing counsel before seeking an extension from the Court. Plaintiff should not expect any future extensions absent extraordinary circumstances.

Date:    December 1, 2025
         New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**