UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZHENG DONG., <br><br> Plaintiff, <br><br> -against- <br><br> CITY UNIVERSITY OF NEW YORK, BOARD OF TRUSTEES OF CUNY, CITY COLLEGE OF NEW YORK, CUNY SCHOOL OF MEDICINE, AND CARMEN RENEE GREENE IN HER OFFICIAL AND INDIVIDUAL CAPACITIES, AND ELLIOT R. GOODMAN IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES., <br><br> Defendants. | 25 CIVIL 1332 (JLR) <br><br> **JUDGMENT** |

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated May 19, 2026, the CUNY Defendants' motion to dismiss Counts I, II, III, and IV for lack of subject matter jurisdiction under Rule 12(b)(1) is granted, and the claims are DISMISSED without prejudice as to the CUNY Defendants. See Green v. Dep't of Educ., 16 F.4th 1070, 1074 (2d Cir. 2021) ("[D]ismissals for lack of subject matter jurisdiction must be without prejudice, rather than with prejudice.'") (quoting Carter, 822 F.3d at 54). Counts I and II are also DISMISSED with prejudice against Greene and Goodman for failure to state a claim under Rule 12(b)(6). The Court declines to exercise supplemental jurisdiction over the state law claims in Counts III and IV against Greene and Goodman, and those claims are DISMISSED without prejudice. Accordingly, the case is closed.

**Dated:**    New York, New York
         May 20, 2026

                                        TAMMI M. HELLWIG
                                        _____
                                         Clerk of Court

                    BY:

                                        _____
                                          Deputy Clerk